IN THE SUPREME COURT OF TEXAS

 No. 04-0174

 IN RE MARIO RODOLFO ZAVALA

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed February 24, 2004, is
 granted. The opinion and judgment dated February 13, 2004, in
 Cause No. 05-03-01693-CV, styled In re Hector Lejia, in the
 Fifth Court of Appeals are stayed pending further order of this
 Court.
 2. The trial court shall not vacate its order dated August 28,
 2003, in Cause No. 01-03433-D, styled Hector Leija v. Mario
 Rodolfo Zavala, in the 95th District Court of Dallas County,
 Texas granting a new trial until further order of this Court.
 3. The real party in interest is requested to respond to relator's
 petition for writ of mandamus on or before 3:00 p.m., March 22,
 2004.

 Done at the City of Austin, this March 10, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk